PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
State Bar No.: 24184
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

FILED

2021 APR -7  PM 5: 24

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-00613 TUC-RCC(JR)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>1. Sergio Vazquez-Flores,<br>(Counts 1-4)<br><br>2. Amalia Gonzalez-Lara,<br>(Counts 1, 5)<br><br>Defendants. | **INDICTMENT**<br><br>VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport and Harbor Illegal Aliens for Profit)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Transportation of Illegal Aliens for Profit)<br>**Count 2**<br><br>8 U.S.C. § 1324(a)(1)(A)(iii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Harboring of Illegal Aliens for Profit)<br>**Count 3**<br><br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1))<br>(Illegal Reentry)<br>**Counts 4-5** |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about January 12, 2021, in the District of Arizona, Sergio Vazquez-Flores and Amalia Gonzalez-Lara, did knowingly and intentionally

combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens including, Ruben Perez-Romero, Jose Cano-Anastacio, Onesimo Rodriguez-Serrano, Josue Abimael Celis-Ucan, and Antonio Jiron-Santis, within the United States by means of transportation or otherwise, and to conceal, harbor and shield from detection to avoid said aliens' detection by immigration authorities, in furtherance of such violation of law, for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about January 12, 2021, in the District of Arizona, Sergio Vazquez-Flores, knowing and in reckless disregard of the fact that aliens including, Ruben Perez-Romero and Jose Cano-Anastacio, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 3

On or about January 12, 2021, in the District of Arizona, Sergio Vazquez-Flores, knowing and in reckless disregard of the fact that aliens including, Onesimo Rodriguez-Serrano, Josue Abimael Celis-Ucan, and Antonio Jiron-Santis, had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor and shield from detection said alien in any place, including any building or any means of transportation, to avoid said alien's detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT 4

On or about January 12, 2021, at or near Avondale, in the District of Arizona, Sergio Vazquez-Flores, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas, on September 13, 2019 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

## COUNT 5

On or about January 15, 2021, at or near Goodyear, in the District of Arizona, Amalia Gonzalez-Lara, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on December 21, 2012 and without obtaining the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: April 7, 2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

RUI WANG
Assistant U.S. Attorney

*United States of America v. Sergio Vazquez-Flores, et al.*
*Indictment Page 3 of 3*